**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Deborah Stockton, | Case No. 2:08-cv-01175-NVW |
| Plaintiff, | |
| v. | |
| GC Services Limited Partnership, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Carlene M. Simmons*
Carlene M. Simmons
101 N. First Ave.
Suite 2080
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
cms@legalhelpers.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 26, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail:

Cynthia L. Fulton
Fulton Friedman & Gullace LLP
130 N. Central Avenue, Suite 200
Phoenix, AZ 85004
*Attorney for Defendant*

*/s/ Richard J. Meier*