IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Stockton,<br><br>          Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership,<br><br>          Defendants. | CV08-1175-PHX-NVW<br><br><br><br>**ORDER** |

Pursuant to the parties' Notice of Settlement (Doc. # 6), the Court's order of August 26, 2008 (Doc. # 7), and the parties having failed to submit a form of judgment or dismissal,

IT IS ORDERED that the Clerk enter judgment dismissing this action with prejudice, both parties to bear their own costs and attorney fees. The Clerk shall terminate this action.

DATED this 14th day of October, 2008.

_____
Neil V. Wake
United States District Judge